| | | |
|---|---|---|
| People v Fraisar | 4th Dept: 151 AD3d 1757 (Genesee) | denied 8/25/17 (Wilson, J.) |
| People v Frank L. | 1st Dept: 151 AD3d 426 (Bronx) | denied 8/9/17 (Stein, J.) |
| People v Frazier | 4th Dept: 151 AD3d 1727 (Cayuga) | denied 8/4/17 (Wilson, J.) |
| People v Gamble | 2d Dept: 150 AD3d 1147 (Nassau) | denied 8/4/17 (Wilson, J.) |
| People v Gaye | App Term, 1st Dept: 55 Misc 3d 134(A) (NY) | denied 8/16/17 (Rivera, J.) |
| People v Genyard (Donnell) | 2d Dept: 150 AD3d 760 (Queens) | denied 8/24/17 (Stein, J.) |
| People v Genyard (Donnell) | 2d Dept: 150 AD3d 761 (Queens) | denied 8/24/17 (Stein, J.) |
| People v Gill | 4th Dept: 149 AD3d 1597 (Monroe) | denied 8/16/17 (Rivera, J.) |
| People v Gilliard | 2d Dept: 150 AD3d 1147 (Dutchess) | denied 8/2/17 (Fahey, J.) |
| People v Gobardhan | 2d Dept: 150 AD3d 882 (Queens) | denied 8/16/17 (Rivera, J.) |
| People v Golden | 2d Dept: 149 AD3d 777 (Queens) | denied 8/16/17 (Rivera, J.) |
| People v Golo | 2d Dept: 151 AD3d 741 (Queens) | denied 8/17/17 (Garcia, J.) |
| People v Gonzalez | 1st Dept: 151 AD3d 540 (NY) | denied 8/24/17 (Fahey, J.) |
| People v Goodwin | 2d Dept: 150 AD3d 1258 (Kings) | denied 8/23/17 (Fahey, J.) |
| People v Grant | 2d Dept: 151 AD3d 883 (Kings) | denied 8/16/17 (Stein, J.) |
| People v Grimes | 4th Dept: 148 AD3d 1724 (Onondaga) | granted 8/17/17 (Wilson, J.) |
| People v Guerrero | 2d Dept: 150 AD3d 883 (Kings) | denied 8/22/17 (DiFiore, Ch. J.) |
| People v Gustavo-Cano* | 2d Dept: 149 AD3d 1100 (Rockland) | denied 7/6/17 (Garcia, J.) |
| People v Guzman | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 151(A) (Kings) | denied 8/2/17 (Fahey, J.) |
| People v Halimi | App Term, 2d Dept, 9th & 10th Jud Dists: 55 Misc 3d 141(A) (Nassau) | denied 8/15/17 (Garcia, J.) |
| People v Hampton | App Div, 4th Dept, 4/20/17 (Erie) | dismissed 8/16/17 (Garcia, J.) |
| People v Hartfield | 3d Dept: 151 AD3d 1116 (Columbia) | denied 8/4/17 (Wilson, J.) |
| People v Herman | 4th Dept: 151 AD3d 1866 (Monroe) | denied 8/21/17 (Stein, J.) |
| People v Herrera | 1st Dept: 150 AD3d 625 (Bronx) | denied 8/16/17 (DiFiore, Ch. J.) |
| People v Herring | 2d Dept: 150 AD3d 1148 (Queens) | denied 8/15/17 (Garcia, J.) |

---

* Omitted from July 2017 list.